UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-00141-RJC-DCK

| USA | ) | |
| :--- | :--- | :--- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SAVANNAH GARAVAGLIA | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting a sentence reduction under 18 U.S.C. § 3742(e) based on post-sentencing rehabilitation. (Doc. No. 33).

The provision on which the defendant relies governs direct appeals of imposed sentences. 18 U.S.C. § 3742(e). It does not provide a vehicle for this Court to reduce the defendant's sentence. United States v. Williams, 788 F. App'x 918 (4th Cir. 2019) (affirming denial of sentence reduction motion under § 3742(e) for lack of authority).

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 33 is **DISMISSED**.

Signed: January 14, 2021

Robert J. Conrad, Jr.
United States District Judge